# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JOHN CHARLES VAN DER HEYDEN |
| **Case Number:** | 2:09-bk-01725-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 01:30 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOAN SERVICING

**R / M #:** 26 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOAN SERVICING

## Proceedings:

Mr. McDonald states that this matter has been resolved.

COURT: IT S ORDERED VACATING THIS HEARING AND DIRECTING COUNSEL TO UPLOAD THE STIPULATION AND ORDER.